JS - 6

1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

12
13
14
15
16
17

| | |
|---|---|
| VIVEK SHAH, | ) CASE NO.  CV 14-00969 MMM (RZx) |
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) JUDGMENT |
| Respondent. | ) |

18

19      On February 7, 2014, plaintiff filed a motion for return of property pursuant to Rule 41(g)

20  of the Federal Rules of Criminal Procedure.  On September 14, 2014, the court issued an order

21  dismissing plaintiff's motion as moot.  Accordingly,

22

23      IT IS ORDERED AND ADJUDGED

24          1.      That plaintiff take nothing by way of his motion; and

25          2.      That the action be, and it hereby is, dismissed.

26

27  DATED: September 14, 2010

28  _____
                                          MARGARET M. MORROW
                                          UNITED STATES DISTRICT JUDGE